

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF | CASE NUMBER |
|---|---|
| v.<br>*Paramit Ahuja*<br>DEFENDANT(S). | CR D7-1382 CAS -2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___*Defendant*___ , IT IS ORDERED that a detention hearing
is set for ___*June 17*___ , ___*2014*___, at __*1:30*__ ☐ a.m. / ☑ p.m. before the
Honorable ___*Eick*___ , in Courtroom __*20*__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __*6/13/14*__     _____
     U.S. District Judge/Magistrate Judge